## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GUY M. SIEWE and GABRIEL R. SIEWE,<br><br>Plaintiffs,<br><br>v.<br><br>FAY SERVICING, LLC; CIVIC FINANCIAL SERVICES, LLC; MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC; and BLACKSTONE RESIDENTIAL OPERATING PARTNERSHIP, LP<br><br>Defendants. | CASE NO:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) DIVERSITY BY DEFENDANT MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC**<br><br>Action Filed:   December 2, 2020<br>Action Removed: |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Morgan Stanley Mortgage Capital Holdings, LLC ("Morgan Stanley"), hereby removes the civil action styled as *Guy M. Siewe, et al. v. Fay Servicing, LLC, et al.*, from the Superior Court of the State of Georgia in and for Fulton County, where it is currently pending as Case No. 2020CV343084, to the United States District Court for the Northern District of Georgia, Atlanta Division. Morgan Stanley hereby provides "a short and plain statement of the grounds for removal" pursuant to 28 U.S.C. § 1446(a).  Morgan Stanley will provide evidence

1

to support the allegations of this pleading as required, in the event a challenge is raised to the Court's jurisdiction.[1]

## BACKGROUND

1. On December 2, 2020, Plaintiffs Guy M. Siewe and Gabriel R. Siewe (together, "Plaintiffs"), filed an action styled: *Guy M. Siewe, et al. v. Fay Servicing, LLC, et al.*, Case No. 2020CV343084, in the Superior Court of the State of Georgia in and for Fulton County (the "Action"). Plaintiffs served Morgan Stanley with a summons and the Complaint on December 8, 2020. A copy of the Complaint and summons is attached hereto as **Exhibit A**. In addition to the Complaint attached hereto as **Exhibit A**, copies of all other process, pleadings, and orders served upon Morgan Stanley in the Action are attached hereto as **Exhibit B**. *See* 28 U.S.C. § 1446(a). Morgan Stanley now timely files this Notice of Removal within 30 days of receipt of service of the Complaint in accordance with 28 U.S.C. § 1446(b).

2. As set forth more fully below, removal to this Court is proper.

---

[1] A removing defendant is only required to provide a "short and plain statement" of the bases for removal and need not present or plead evidentiary detail. *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 551 (2014); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 96-97 (2010) ("When challenged on allegations of jurisdictional facts, the parties [who assert jurisdiction] must support their allegations by competent proof.").

## DIVERSITY JURISDICTION

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court has original jurisdiction "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different states." 28 U.S.C. § 1332(a)(1). Here, both the complete-diversity and amount-in-controversy requirements are satisfied.

### I.   Complete Diversity of Citizenship Exists Between Plaintiffs and Defendants.

4. On information and belief, Plaintiffs are adult individuals residing in Fulton County, Georgia. (*See* Compl. at ¶ 2.).

5. On information and belief, Defendant Fay Servicing, LLC is a single member Delaware limited liability company. A limited liability company's citizenship is determined by its members. *Mallory & Evans Contrs. & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011). Defendant Fay Servicing has only one member, Edward J. Fay, a citizen of Illinois. Thus, Fay Servicing, LLC is an Illinois citizen for diversity purposes.

6. On information and belief, Defendant Civic Financial Services, LLC is a California limited liability company. The sole member of Civic Financial Services, LLC is Civic Ventures, LLC, a Delaware limited liability corporation. The sole member of Civic Ventures, LLC is Wedgewood, LLC, a Delaware limited liability company. Wedgewood, LLC's members are Gregory Geiser, David R. Wehrly and Darn S. Puhl. All three members are citizens of California. Defendant Civic Financial Services, LLC is therefore a citizen of California for diversity purposes.

7. Defendant Morgan Stanley Mortgage Capital Holdings LLC is a New York limited liability corporation, and is wholly owned by Morgan Stanley, a Delaware corporation with its principal place of business in New York. Thus, Morgan Stanley Mortgage Capital Holdings LLC is a citizen of Delaware and New York for diversity purposes.

8. On information and belief, Defendant Blackstone Residential Operating Partnership LP is a Delaware limited partnership. To determine the citizenship of a limited partnership, the Court must ascertain the citizenship of both its general and limited partners. The sole general partner is Blackstone Real Estate Income Trust, Inc., a Maryland corporation. The sole limited partner is BREIT Special Limited Partner, L.L.C. The sole member of BREIT Special Limited Partner,

L.L.C. is Blackstone Real Estate Income Trust, Inc., a Maryland corporation. Thus, Blackstone Residential Operating Partnership L.P. is a citizen of Maryland.

9. Thus, this Court has diversity jurisdiction, because Plaintiffs are citizens of Georgia, and Defendants are collectively citizens of Illinois, Delaware, New York, California, and Maryland.

## II. The Amount-In-Controversy Requirement is Satisfied.

10. Though Morgan Stanley concedes no liability on Plaintiffs' claims, Plaintiffs seek an award of direct and consequential damages of no less than $100,000.00. (Compl., Prayer for Relief.).

## OTHER PROCEDURAL REQUIREMENTS AND LOCAL RULES

11. Removal to this Court is proper because that is the "district and division" embracing the place where the Action was filed—*i.e.*, Fulton County, Georgia. *See* 28 U.S.C. § 1446(a).

12. Morgan Stanley will promptly file with the Superior Court of the State of Georgia in and for Fulton County and serve upon Plaintiffs' counsel a written notice of this removal. *See* 28 U.S.C. § 1446(a), (d).

## NO ADMISSIONS

13. By this filing, Morgan Stanley does not admit any liability, does not concede the accuracy of Plaintiffs' allegations, and does not concede that Plaintiffs

are entitled to any of the relief sought in the Complaint, or any relief of any kind. Similarly, by filing this Notice of Removal, Morgan Stanley does not waive any right to seek to compel arbitration, or to object to jurisdiction over the person, or venue, and specifically reserves the right to assert any defenses and/or objections to which it may be qualified to assert.

Wherefore, the Action is hereby removed to this Court from the Superior Court of the State of Georgia in and for Fulton County.

DATED: January 6, 2021

Respectfully Submitted,

**GREENBERG TRAURIG, LLP**

By:  */s/ John D. Elrod*
John D. Elrod
State Bar No. 246604
elrodj@gtlaw.com

Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

***Attorneys for Defendant,
Morgan Stanley Mortgage Capital
Holdings LLC***

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing document has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

/s/ *John D. Elrod*
John D. Elrod

**Attorneys for Defendant,**
**Morgan Stanley Mortgage Capital**
**Holdings LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2021, I caused a true and correct copy of the foregoing **NOTICE OF REMOVAL** to be served upon the pro se plaintiffs via overnight mail addressed as follows:

Guy Siewe
2542 Sibley Drive, NE
Atlanta, GA 30324

                                        */s/ John D. Elrod*
                                        John D. Elrod

                                        ***Attorneys for Defendant,***
                                        ***Morgan Stanley Mortgage Capital Holdings LLC***